## MASON v. STATE.

### No. 25545.

Court of Criminal Appeals of Texas.

Dec. 5, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed ten years in the penitentiary on a charge of murder.

The record is before us without a statement of facts. We find in the transcript a bill of exception directed to the failure of the court to give a requested charge. In the absence of a statement of facts we are unable to determine whether or not the failure to give this charge was an error. Consequently, there is nothing for us to pass on.

Finding no reversible error, the judgment of the trial court is affirmed.

## CUMMINS v. STATE.

### No. 25553.

Court of Criminal Appeals of Texas.

Dec. 5, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

The appellant was charged with the offense of passing a forged instrument and entered his plea of guilty. The jury assessed his punishment at confinement in the penitentiary for two years.

The record before us contains neither a statement of facts nor bill of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment of the trial court is affirmed.